IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
PLANO DIVISION

| | | |
|---|---|---|
| TRENNIS JEWELL EVANS III, <br> DOMINIC PEZZOLA, <br> EDWARD JACOB LANG <br>    *Plaintiffs* <br><br> *Vs.* <br><br> THE SELECT COMMITTEE ON <br> JANUARY SIX <br> BENNIE THOMPSON, ADAM <br> SCHIFT, ZOE LOFGREN, ELAINE <br> LURIA, PETE AGUILAR, <br> STEPHANIE MURPHY, JAMIE <br> RASKINS, ELIZABETH CHENEY, <br> ADAM KINZINGER <br>    *Respondents* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.  4:22-cv-00682-SDJ |

## MOTION FOR HEARING ON
## APPLICATION FOR TEMPORARY RESTRAINING ORDER
## <u>PENDING RELIEF BY PERMANENT INJUNCTION</u>

COMES Now, counsels for the Plaintiffs to this cause, respectfully request that this Honorable Court allow counsels to be heard on the issues presented within the APPLICATION FOR TEMPORARY RESTRAINING ORDER PENDING RELIEF BY PERMANENT INJUNCTION, pursuant to provisions of Rule 65(b)(1)(A)(B) F.R.Civ.P., in that immediate and irreparable injury, loss, or damage will result to the applicants before the adverse party can be heard in opposition.

Respectfully Submitted,

/s/Mark Lieberman
MARK LIEBERMAN
1704 Pine Hills Lane
Corinth, Texas 76210
(817) 905-3772
Mjc358@hotmail.com


STEVEN A. METCALF II, ESQ.
Metcalf &amp; Metcalf, P.C.
99 Park Avenue, 6 th Flr.
New York, NY 10016
(Office) 646.253.0514
metcalflawnyc@gmail.com


## CERTIFICATE OF SERVICE

I hereby certify that, on September 21, 2022, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.


/s/Mark Lieberman
MARK LIEBERMAN
1704 Pine Hills Lane
Corinth, Texas 76210
(817) 905-3772
Mjc358@hotmail.com