IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
PLANO DIVISION

| | |
|---|---|
| TRENNIS JEWELL EVANS III, )<br>DOMINIC PEZZOLA, )<br>EDWARD JACOB LANG )<br>    *Plaintiffs* )<br>)<br>*Vs*. )<br>)<br>THE SELECT COMMITTEE ON )<br>JANUARY SIX )<br>BENNIE THOMPSON, ADAM )<br>SCHIFT, ZOE LOFGREN, ELAINE )<br>LURIA, PETE AGUILAR, )<br>STEPHANIE MURPHY, JAMIE )<br>RASKINS, ELIZABETH CHENEY, )<br>ADAM KINZINGER )<br>    *Respondents* ) | Case No.  4:22-cv-00682-SDJ |

## CERTIFICATE OF CONFERENCE

I, Mark J. Lieberman certify that I have in good faith complied with the Certificate of conference requirements of Rule 7.1 F.R.Civ.P. In that, Pursuant to Rule 7.1(a) F.R.Civ.P, I have in good faith attempted to locate and contact counsel(s) for the Defendants with no avail. A Waiver of Service was mailed to each Defendant at their respective offices on or about September 6, 2022, however no responsive actions have yet to be taken by any of the named Defendants, to include entry of Appearance by a Counsel(s). The Defendants are Officers of the United States and

in lieu thereof, contact was also made upon the Office of the United States Attorney for the District of Columbia however at this time no knowledge of the cause of action is known by the Office.

/s/Mark J. Lieberman<br>
Mark J. Lieberman<br>
Attorney for Defendant

*The Certificate of Conference may be filed as a separate pleading with the style and number of the case set out at the top. If the Certificate of Conference is placed within the Motion it accompanies, the Conference should be set out in a separate paragraph and clearly labeled.

Respectfully Submitted,

/s/Mark Lieberman<br>
MARK LIEBERMAN<br>
1704 Pine Hills Lane<br>
Corinth, Texas 76210<br>
(817) 905-3772<br>
Mjc358@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that, on October 3, 2022, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/Mark Lieberman<br>
MARK LIEBERMAN<br>
1704 Pine Hills Lane<br>
Corinth, Texas 76210<br>
(817) 905-3772<br>
Mjc358@hotmail.com