UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TRENISS J. EVANS, ET AL. | § § | |
| v. | § § | CIVIL NO. 4:22-CV-682-SDJ |
| THE SELECT JANUARY SIX COMMITTEE, ET AL. | § § § | |

## REFERRAL ORDER

Pursuant to 28 U.S.C. §636 and Local Rule CV-72, the undersigned hereby **REFERS** the above-referenced case to U.S. Magistrate Judge Christine A. Nowak for all pretrial proceedings.

**So ORDERED and SIGNED this 6th day of October, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE