**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| TRENISS J. EVANS, ET AL., | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. 4:22-CV-00682-SDJ-CAN |
| v. | § | |
| | § | |
| THE SELECT JANUARY SIX COMMITTEE, ET AL., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF IMPENDING DISMISSAL

The Court's records indicate that more than 60 days have passed from the filing of Plaintiffs Treniss J. Evans, Edward J. Lang, and Dominic Pezzola's ("Plaintiffs") Complaint. To date, Defendants to this action have not yet been served. This notice serves to inform Plaintiffs that the action shall be dismissed without prejudice as to any unserved Defendants unless Plaintiffs complete service of process within 90 days after the filing of the complaint in accordance with Federal Rule of Civil Procedure 4(m).

To avoid dismissal under Rule 4(m), if more than 90 days are necessary for service of process, Plaintiffs must execute a verified petition regarding service of process, advising the Court:

    A.    That the case should not be dismissed as to the unserved Defendants;

    B.    That the failure to obtain service upon the unserved Defendants is not due to the fault of the party or counsel seeking to avoid dismissal;

    C.    The reasons why the case against the unserved Defendants should not be dismissed, set forth in detail and demonstrating good cause; and

    D.    That service will be effected on the unserved Defendants within thirty (30) days of the date of the petition.

**This petition must be filed with the Court on or before *Thursday, November 3, 2022, at 5:00 p.m.*** If the Court is satisfied that the case should not be dismissed as to the unserved

ORDER – Page 1

Defendants, Plaintiffs will be so notified.  If dismissal of the case as to the unserved Defendants is satisfactory to Plaintiffs, no action is required.  By executing the petition regarding service of process, Plaintiffs need not appear in support thereof until and/or unless so notified by the Court.

**Failure to respond will result in dismissal of this case for failure to prosecute.**

    **IT IS SO ORDERED**.

    **SIGNED this 19th day of October, 2022.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE