AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS

TRENISS JEWELL EVANS III )
DOMINIC PEZZOLA, )
EDWARD JACOB LANG )
    *Plaintiff(s)* )
)
    v. ) Case No. 4:22-cv-00682
)
THE SELECT JANUARY SIX )
COMMITTEE, )
BENNIE THOMPSON, ADAM )
SCHIFT, ZOE LOFGREN, ELAINE )
LURIA, PETE AGUILAR, )
STEPHANIE MURPHY, JAMIE )
RASKINS, ELIZABETH CHENEY, )
ADAM KINZINGER )
    *Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: THE SELECT COMMITTEE ON JANUARY SIX, First St SE, Washington, DC 20004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you Are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of The Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, Whose name and address are: MARK LIEBERMAN, 1704 Pine Hills Lane, Corinth, Texas 76210.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

David A. O'Toole

Date: 11/1/22                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-00682-SDJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Select January Six Committee, et al,
was received by me on *(date)* 1 Nov 2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Civil Process Clerk, who is designated by law to accept service of process on behalf of *(name of organization)* U.S. Dept of Justice / U.S. Attorney General on *(date)* 1 Nov 2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Cert Mail Receipt # 7020 0640 0001 7773 8800

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1 Nov 2022

Server's signature

Smocks, Trea
Printed name and title

1240 W. Trinity Mills Rd. Carrollton TX
Server's address

Additional information regarding attempted service, etc: