IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
PLANO DIVISION

| | |  |
|---|---|---|
| TRENNIS JEWELL EVANS III, <br> DOMINIC PEZZOLA, <br> EDWARD JACOB LANG <br>    *Plaintiffs* <br> <br> *Vs*. <br> <br> THE SELECT COMMITTEE ON <br> JANUARY SIX <br> BENNIE THOMPSON, ADAM <br> SCHIFT, ZOE LOFGREN, ELAINE <br> LURIA, PETE AGUILAR, <br> STEPHANIE MURPHY, JAMIE <br> RASKINS, ELIZABETH CHENEY, <br> ADAM KINZINGER <br>    *Respondents* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.  4:22-cv-00682-SDJ |

ORDER GRANTING PLAINTIFF'S MOTION
FOR TEMPORARY RESTRAINING ORDER

The matter before this Court comes on by counsels for Plaintiffs application and MOTION FOR TEMPORARY RESTRAINING ORDER PENDING RELIEF BY PERMANENT INJUNCTION. The Court having considered the arguments presented by counsels, it is the Order of the Court that Plaintiff's MOTION FOR TEMPORARY RESTRAINING ORDER PENDING RELIEF BY PERMANENT INJUNCTION is GRANTED.