IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
PLANO DIVISION

| | | |
|---|---|---|
| TRENISS JEWELL EVANS III <br> DOMINIC PEZZOLA, <br> EDWARD JACOB LANG <br> *Plaintiffs* <br> <br> Vs. <br> <br> THE SELECT JANUARY SIX <br> COMMITTEE, <br> BENNIE THOMPSON, ADAM <br> SCHIFT, ZOE LOFGREN, ELAINE <br> LURIA, PETE AGUILAR, <br> STEPHANIE MURPHY, JAMIE <br> RASKINS, ELIZABETH CHENEY, <br> ADAM KINZINGER <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 4:22-cv-00682-SDJ |

## NOTICE OF VOLUNTARY DISMISSAL

COMES Now, counsels for the Plaintiffs to this cause, respectfully extends notice of voluntary dismissal this Honorable Court for reasons of mootness.

 

Respectfully Submitted,

/s/Mark Lieberman
MARK LIEBERMAN
1704 Pine Hills Lane
Corinth, Texas 76210
(817) 905-3772
Mjc358@hotmail.com

1

2

        STEVEN A. METCALF II, ESQ.
        Metcalf &amp; Metcalf, P.C.
        99 Park Avenue, 6 th Flr.
        New York, NY 10016
        (Office) 646.253.0514
        metcalflawnyc@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 2, 2023, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

        /s/Mark Lieberman
        MARK LIEBERMAN
        1704 Pine Hills Lane
        Corinth, Texas 76210
        (817) 905-3772
        Mjc358@hotmail.com